# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| M-COR STEEL, INC., : | |
| : | Case No. 2:17-MC-35 |
| **Plaintiff,** : | |
| : | JUDGE ALGENON L. MARBLEY |
| v. : | |
| : | Magistrate Judge Jolson |
| WILLIAM D. RODGERS dba TBI STEEL, : | |
| : | |
| **Defendant.** : | |

## **ORDER**

This matter is before the Court on the Report and Recommendation and Certification of Facts entered by the Magistrate Judge on March 14, 2018 (ECF No. 72). No objections have been filed to the Report and Recommendation, and the deadline for objections (March 28, 2018) has lapsed.

The Magistrate Judge recommends that a show-cause order be issued to Defendant William D. Rodgers to appear before the undersigned to show cause as to why he should not be held in contempt for failure to obey the Court's Orders (ECF Nos. 60, 70). Specifically, Mr. Rodgers failed to appear for the judgment debtor examination on January 9, 2018 (ECF No. 60), and subsequently failed to appear for a March 14, 2018 show cause hearing in front of the Magistrate Judge on the issue of why he should not be held in contempt of court for his failure to appear for the judgment debtor examination (ECF No. 70). The Order to Show Cause (ECF No. 70) was sent to Mr. Rodgers by direct and certified mail, and while he did not claim the certified mail (ECF No. 74), Mr. Rodgers received the order both by regular mail and through a process server (ECF No. 73). Mr. Rodgers did not appear at the show-cause hearing, did not notify the Court that he would not appear, and did not seek a continuance or otherwise object.

The Court hereby **ADOPTS** the Report and Recommendation (ECF No. 72) based on independent consideration of the analysis therein. The parties are therefore **ORDERED to appear on Wednesday, May 2, 2018 at 9:30 a.m.** before the Honorable Algenon L. Marbley, United States District Court, 85 Marconi Boulevard, Columbus, Ohio, Court Room 1, Room 331. At that time, Defendant William D. Rodgers must show cause as to why he should not be held in contempt for failure to appear for the debtor examination and failure to appear for the March 14, 2018 show cause hearing.

Defendant Rodgers is cautioned that failure to appear for this hearing, without leave of Court, will result in **a bench warrant being issued for his immediate arrest.**

**IT IS SO ORDERED.**

                                                      s/ Algenon L. Marbley
                                             **ALGENON L. MARBLEY**
                                             **UNITED STATES DISTRICT JUDGE**

**DATED: April 13, 2018**